UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**US THRILLRIDES, LLC and
POLERCOASTER, LLC,**

**Plaintiffs,**

v.                                                    **Case No.  6:22-cv-2338-CEM-DCI**

**INTAMIN AMUSEMENT RIDES
INT. CORP. EST.,**

**Defendant.**

_____/

**VERDICT**

I.    COPYRIGHT CLAIM – DHM RFP

A.    <u>Liability</u>

1. For the DHM RFP, did Polercoaster prove that it owned a valid copyright?

YES_____✓_____          NO_____

**NOTE: If your answer to Question Number 1 is "Yes," please
continue to Question Number 2. If your answer to Question
Number 1 is "No," skip to Question Number 15.**

2. Did Polercoaster prove that the allegedly copied part of the DHM RFP is so

strikingly similar to Defendant's work that the similarity is unlikely to have occurred

unless there was copying?

YES_____✓_____          NO_____

**NOTE: If your answer to Question Number 2 is "Yes," please skip
to Question Number 5. If your answer to Question Number 2 is
"No," continue to Question Number 3.**

3. Did Polercoaster prove that Defendant had access to the DHM RFP, that is,

that Defendant had a reasonable opportunity to view it?

YES_____✓_____          NO_____

**NOTE: If your answer to Question Number 3 is "Yes," please
continue to Question Number 4. If your answer to Question
Number 3 is "No," skip to Question Number 15.**

4. Is the allegedly copied portion of the DHM RFP substantially similar to

Defendant's work?

YES_____✓_____          NO_____

**NOTE: If your answer to Question Number 4 is "Yes," please
continue to Question Number 5. If your answer to Question
Number 4 is "No," skip to Question Number 15.**

5. Did Defendant prove that Defendant's work was independently created and

was not copied from the DHM RFP?

YES_____          NO_____✓_____

**NOTE: If your answer to Question Number 5 is "Yes," please skip
to Question Number 15. If your answer to Question Number 5 is
"No," continue to Question Number 6.**

6. For the DHM RFP, did Polercoaster prove that Defendant committed part of

an act of infringement in the United States?

YES_____✓_____          NO_____

**NOTE: If your answer to Question Number 6 is "Yes," please continue to Question Number 7. If your answer to Question Number 6 is "No," skip to Question Number 15.**

**B.  Affirmative Defenses**

7.  Did Defendant prove the affirmative defense of misuse as to the DHM RFP?

YES_____          NO_____✓_____

**NOTE: If your answer to Question Number 7 is "Yes," please skip to Question Number 15. If your answer to Question Number 7 is "No," continue to Question Number 8.**

8.  Did Defendant prove the affirmative defense of merger as to DHM RFP?

YES_____          NO_____✓_____

**NOTE: If your answer to Question Number 8 is "Yes," please skip to Question Number 15. If your answer to Question Number 8 is "No," continue to Question Number 9.**

9.  Did Defendant prove the affirmative defense of scenes a faire as to the DHM RFP?

YES_____          NO_____✓_____

**NOTE: If your answer to Question Number 9 is "Yes," please skip to Question Number 15. If your answer to Question Number 9 is "No," continue to Question Number 10.**

**C.  Damages**

10. Did Polercoaster prove that it suffered a loss caused by Defendant's infringement of the DHM RFP?

YES__✓_____          NO_____

**NOTE: If your answer to Question Number 10 is "Yes," please continue to Question Number 11. If your answer to Question Number 10 is "No," skip to Question Number 15.**

11. Did Defendant prove that this loss would have occurred even if there had

been no infringement by Defendant?

        YES_____        NO____✓____

**NOTE: If your answer to Question Number 11 is "Yes," please skip to Question Number 15. If your answer to Question Number 11 is "No," continue to Question Number 12.**

12. What amount of money do you determine is adequate to compensate

Polercoaster for the actual damages caused by Defendant's infringement of the

DHM RFP?

        $____500,000.⁰⁰____

13. Did Polercoaster prove that Defendant received profits that were causally

related to the infringement of the DHM RFP?

        YES___✓____        NO_____

**NOTE: If your answer to Question Number 13 is "Yes," please continue to Question Number 14. If your answer to Question Number 13 is "No," skip to Question Number 15.**

14. What amount of money do you determine is the amount of Defendant's

profits that are attributable to the infringement of the DHM RFP that were not

already taken into account in calculating Polercoaster's actual damages?



        $_____∅_____

## II.  COPYRIGHT CLAIM – DHM PLANS

### A.  <u>Liability</u>

15. For the DHM Plans, did Polercoaster prove that it owned a valid copyright?

YES___✓___          NO_____

**NOTE: If your answer to Question Number 15 is "Yes," please
continue to Question Number 16. If your answer to Question
Number 15 is "No," skip to Question Number 29.**

16. Did Polercoaster prove that the allegedly copied part of the DHM Plans is so

strikingly similar to Defendant's work that the similarity is unlikely to have occurred

unless there was copying?

YES___✓___          NO_____

**NOTE: If your answer to Question Number 16 is "Yes," please skip
to Question Number 19. If your answer to Question Number 16 is
"No," continue to Question Number 17.**

17. Did Polercoaster prove that Defendant had access to the DHM Plans, that is,

that Defendant had a reasonable opportunity to view it?

YES_____          NO_____

**NOTE: If your answer to Question Number 17 is "Yes," please
continue to Question Number 18. If your answer to Question
Number 17 is "No," skip to Question Number 29.**

18. Is the allegedly copied portion of the DHM Plans substantially similar to

Defendant's work?

YES_____          NO_____

**NOTE: If your answer to Question Number 18 is "Yes," please
continue to Question Number 19. If your answer to Question
Number 18 is "No," skip to Question Number 29.**

19.Did Defendant prove that Defendant's work was independently created and

was not copied from the DHM Plans?

        YES_____           NO___✓_____

**NOTE: If your answer to Question Number 19 is "Yes," please skip
to Question Number 29. If your answer to Question Number 19 is
"No," continue to Question Number 20.**

20.For the DHM Plans, did Polercoaster prove that Defendant committed part of

an act of infringement in the United States?

        YES___✓_____          NO_____

**NOTE: If your answer to Question Number 20 is "Yes," please
continue to Question Number 21. If your answer to Question
Number 20 is "No," skip to Question Number 29.**

**B.    Affirmative Defenses**

21. Did Defendant prove the affirmative defense of misuse as to the DHM Plans?

        YES_____           NO___✓_____

**NOTE: If your answer to Question Number 21 is "Yes," please skip
to Question Number 29. If your answer to Question Number 21 is
"No," continue to Question Number 22.**

22. Did Defendant prove the affirmative defense of merger as to DHM Plans?

        YES_____           NO___✓_____

**NOTE: If your answer to Question Number 22 is "Yes," please skip
to Question Number 29. If your answer to Question Number 22 is
"No," continue to Question Number 23.**

23. Did Defendant prove the affirmative defense of scenes a faire as to the DHM

Plans?

YES_____          NO___✓___

**NOTE: If your answer to Question Number 23 is "Yes," please skip
to Question Number 29. If your answer to Question Number 23 is
"No," continue to Question Number 24.**

**C.      Damages**

24. Did Polercoaster prove that it suffered a loss caused by Defendant's

infringement of the DHM Plans?

YES___✓___          NO_____

**NOTE: If your answer to Question Number 24 is "Yes," please
continue to Question Number 25. If your answer to Question
Number 24 is "No," skip to Question Number 29.**

25. Did Defendant prove that this loss would have occurred even if there had

been no infringement by Defendant?

YES_____          NO___✓___

**NOTE: If your answer to Question Number 25 is "Yes," please skip
to Question Number 29. If your answer to Question Number 25 is
"No," continue to Question Number 26.**

26. What amount of money do you determine is adequate to compensate

Polercoaster for the actual damages caused by Defendant's infringement of the

DHM Plans?

$___500,000.⁰⁰___

27. Did Polercoaster prove that Defendant received profits that were causally related to the infringement of the DHM Plans?

YES_____✓_____          NO_____

**NOTE: If your answer to Question Number 27 is "Yes," please continue to Question Number 28. If your answer to Question Number 27 is "No," skip to Question Number 29.**

28. What amount of money do you determine is the amount of Defendant's profits that are attributable to the infringement of the DHM Plans that were not already taken into account in calculating Polercoaster's actual damages?

$_____∅_____

## III.   COPYRIGHT CLAIM – DHM PRESENTATION

### A.   Liability

29. For the DHM Presentation, did Polercoaster prove that it owned a valid copyright?

YES_____✓_____          NO_____

**NOTE: If your answer to Question Number 29 is "Yes," please continue to Question Number 30. If your answer to Question Number 29 is "No," skip to Question Number 43.**

30. Did Polercoaster prove that the allegedly copied part of the DHM Presentation is so strikingly similar to Defendant's work that the similarity is unlikely to have occurred unless there was copying?

YES_____✓_____          NO_____

**NOTE: If your answer to Question Number 30 is "Yes," please skip to Question Number 33. If your answer to Question Number 30 is "No," continue to Question Number 31.**

31. Did Polercoaster prove that Defendant had access to the DHM Presentation,

that is, that Defendant had a reasonable opportunity to view it?

YES_____          NO_____

**NOTE: If your answer to Question Number 31 is "Yes," please continue to Question Number 32. If your answer to Question Number 31 is "No," skip to Question Number 43.**

32. Is the allegedly copied portion of the DHM Presentation substantially similar

to Defendant's work?

YES_____          NO_____

**NOTE: If your answer to Question Number 32 is "Yes," please continue to Question Number 33. If your answer to Question Number 32 is "No," skip to Question Number 43.**

33. Did Defendant prove that Defendant's work was independently created and

was not copied from the DHM Presentation?

YES_____          NO___✓_____

**NOTE: If your answer to Question Number 33 is "Yes," please skip to Question Number 43. If your answer to Question Number 33 is "No," continue to Question Number 34.**

34. For the DHM Presentation, did Polercoaster prove that Defendant committed

part of an act of infringement in the United States?

YES___✓_____          NO_____

**NOTE: If your answer to Question Number 34 is "Yes," please
continue to Question Number 35. If your answer to Question
Number 34 is "No," skip to Question Number 43.**

### B.    Affirmative Defenses

35. Did Defendant prove the affirmative defense of misuse as to the DHM

Presentation?

YES_____          NO_____✓_____

**NOTE: If your answer to Question Number 35 is "Yes," please skip
to Question Number 43. If your answer to Question Number 35 is
"No," continue to Question Number 36.**

36. Did Defendant prove the affirmative defense of merger as to DHM

Presentation?

YES_____          NO_____✓_____

**NOTE: If your answer to Question Number 36 is "Yes," please skip
to Question Number 43. If your answer to Question Number 36 is
"No," continue to Question Number 37.**

37. Did Defendant prove the affirmative defense of scenes a faire as to the DHM

Presentation?

YES_____          NO_____✓_____

**NOTE: If your answer to Question Number 37 is "Yes," please skip
to Question Number 43. If your answer to Question Number 37 is
"No," continue to Question Number 38.**

### C.    Damages

38. Did Polercoaster prove that it suffered a loss caused by Defendant's

infringement of the DHM Presentation?

YES_____✓_____          NO_____

**NOTE: If your answer to Question Number 38 is "Yes," please
continue to Question Number 39. If your answer to Question
Number 38 is "No," skip to Question Number 43.**

39. Did Defendant prove that this loss would have occurred even if there had

been no infringement by Defendant?

YES_____          NO_____✓_____

**NOTE: If your answer to Question Number 39 is "Yes," please skip
to Question Number 43. If your answer to Question Number 39 is
"No," continue to Question Number 40.**

40. What amount of money do you determine is adequate to compensate

Polercoaster for the actual damages caused by Defendant's infringement of the

DHM Presentation?

$ ___500,000.⁰⁰___

41. Did Polercoaster prove that Defendant received profits that were causally

related to the infringement of the DHM Presentation?

YES_____✓_____          NO_____

**NOTE: If your answer to Question Number 41 is "Yes," please
continue to Question Number 42. If your answer to Question
Number 41 is "No," skip to Question Number 43.**

42. What amount of money do you determine is the amount of Defendant's

profits that are attributable to the infringement of the DHM Presentation that were

not already taken into account in calculating Polercoaster's actual damages?

$_____0_____

## IV.   BREACH OF CONTRACT CLAIM

### A.   Liability

43. Did Plaintiffs prove that Defendant breached the CNDA by using any of Plaintiffs' copyrighted material that was disclosed to Defendant on or before January 15, 2017, or any know-how derived therefrom, to create, or enable or cause others to create or develop, any products or services the same or similar to products or services developed by Plaintiffs?

YES____✓____          NO_____

**NOTE: If your answer to Question Number 43 is "Yes," please continue to Question Number 44. If your answer to Question Number 43 is "No," please stop and have your foreperson sign and date this Verdict Form without answering any of the remaining questions.**

44. Did Defendant's breach of the CNDA cause Plaintiffs to incur damages?

YES____✓____          NO_____

**NOTE: If your answer to Question Number 44 is "Yes," please continue to Question Number 45. If your answer to Question Number 44 is "No," please stop and have your foreperson sign and date this Verdict Form without answering any of the remaining questions.**

### B.   Damages

45. What amount of damages will put Plaintiffs in as good a position as they would have been in had Defendant not breached the CNDA contract?

$ _1,499,665.00_

46.Did Plaintiffs prove that they incurred special damages as a result of Defendant's breach of the CNDA?

YES___✓___          NO_____

**NOTE: If your answer to Question Number 46 is "Yes," please continue to Question Number 47. If your answer to Question Number 46 is "No," skip to Question Number 48.**

47.What amount of special damages do you award?

$ _500,000.⁰⁰_

48. Did Defendant prove that any portion of Plaintiffs' damages is for work that Emaar already paid Plaintiffs for?

YES_____          NO___✓___

**NOTE: If your answer to Question Number 48 is "Yes," please continue to Question Number 49. If your answer to Question Number 48 is "No," please stop and have your foreperson sign and date this Verdict Form without answering any of the remaining questions.**

49. What amount do you find Emaar has already paid Plaintiffs?

$ _____

SO SAY WE ALL



_____        _6/6/25_
Foreperson Signature           Date

_____
Print Name